IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| PLAINTIFF, § § | |
| V. § § § | CAUSE NO. A-07-CA-244-LY |
| LEIF JOHNSON FORD II, LTD. D/B/A TRUCK CITY FORD, § § § | |
| DEFENDANT. § § | |

### FINAL JUDGMENT

Before the Court is the parties' Joint Motion to Enter Consent Decree, filed October 10, 2007 (Clerk's Document No. 15). After reviewing the Consent Decree, the Court finds that all issues in the Complaint have been resolved, that the parties are in agreement, and that the Consent Decree should be accepted. By separate order, the Court has this day signed the Consent Decree proposed by the parties.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Enter Consent Decree, filed October 10, 2007 (Clerk's Document No. 15) is **GRANTED** and the Consent Decree is accepted and incorporated by reference in this Final Judgment. The Court will retain jurisdiction to enforce the terms and conditions as set forth in the Consent Decree.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that this action is **CLOSED**.

SIGNED this _____ day of October, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE